No. 1115. COLLINS *v.* UNITED STATES. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Hiram W. Kwan* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Edward Fenig* for the United States.

No. 1187. JONES *v.* GASCH, U. S. DISTRICT JUDGE. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Edward P. Morgan* and *Thomas M. P. Christensen* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 888, Misc. GRAVES *v.* UNITED STATES; and
No. 937, Misc. OELKE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States in both cases. Reported below: 389 F. 2d 668.

No. 962, Misc. GORDON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Zona Fairbanks Hostetler* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 944, Misc. ANNETT *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *John Fourt,* Deputy Attorneys General, for respondent.